```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

R & R CAPITAL, LLC              :        CIVIL ACTION
                                :
     v.                         :
                                :
LYN MERRITT, et al.             :        NO. 06-1554
```

## ORDER

AND NOW, this 9th day of June, 2009, upon consideration of the plaintiff's Motion for Contempt (Docket No. 37), and the responses thereto, and after a hearing held June 4, 2009, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that the Motion is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.
