```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

R & R CAPITAL LLC              :        CIVIL ACTION
                               :
     v.                        :
                               :
LYN MERRITT, et al.            :        NO. 06-1554
```

ORDER

AND NOW, this 24th day of June, 2009, upon consideration of Defendant Lyn Merritt's Motion (Docket No. 54), titled as a "Motion for JNOV," and the response thereto, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that the Motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.