IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R & R CAPITAL LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LYN MERRITT, et al. | : | NO. 06-1554 |

ORDER

AND NOW, this 7th day of July, 2009, upon consideration of the defendants' Motion for Reconsideration (Docket No. 67 and No. 68) of the Court's Orders of April 17, 2009, and June 24, 2009, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that the Motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.